UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONIQUE M. PHILLIPS, | ) |
| | ) CASE NO. C11-0503-JCC-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER DENYING MOTION FOR |
| MICHAEL J. ASTRUE, | ) SUMMARY JUDGMENT |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation (Dkt. No. 16);

(2)   The defendant's construed motion for summary judgment (Dkt. No. 9) is DENIED.   This matter shall proceed to a ruling on the merits; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 23rd day of December 2011.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING MOTION
FOR SUMMARY JUDGMENT
PAGE -1