UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MONIQUE M. PHILLIPS, | ) | CASE NO. C11-0503-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING DEFENDANT |
| | ) | TO FILE ANSWER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Judge Coughenour has adopted the Court's Report and Recommendation denying defendant's Motion for Summary Judgment (Dkt. 17). Defendant is hereby directed to file within sixty (60) days the Commissioner's Answer to plaintiff's complaint and a certified transcript of the administrative record.

DATED this <u>6th</u> day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING DEFENDANT TO FILE ANSWER
PAGE -1