UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONIQUE M. PHILLIPS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | CASE NO. C11-0503-JCC-MAT<br><br>ORDER GRANTING LIMITED<br>EXTENSION OF TIME OF<br>REMAINING BRIEFING SCHEDULE |

Defendant filed an unopposed request for extension of time (Dkt. 25), requesting a 34-day extension of the due date in which to file his responsive brief. Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by defendant. The remaining briefing schedule will be as follows:

    Defendant's Answering Brief:     May 29, 2012

    Plaintiff's optional Reply Brief:    June 12, 2012

This case was filed over a year ago, in March 2011. Defendant has had ample time to consider settlement options, rather than wait to seek an extension on the day that defendant's

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01 brief was due.

02 The parties should note that, absent extraordinary circumstances, no additional
03 extensions will be granted.

04 DATED this 4th day of May, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge